# EXHIBIT A



# United States of America
## United States Patent and Trademark Office

### STELLA ROSA

**Reg. No. 4,000,417**

**Registered July 26, 2011**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

SAN ANTONIO WINERY, INC. (CALIFORNIA CORPORATION)
737 LAMAR STREET
LOS ANGELES, CA 90031

FOR: WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 8-31-2004; IN COMMERCE 9-30-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROSA", APART FROM THE
MARK AS SHOWN.

THE ENGLISH TRANSLATION OF THE WORD "STELLA ROSA" IN THE MARK IS "STAR
ROSE".

SER. NO. 78-534,052, FILED 12-16-2004.

NELSON SNYDER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT B

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

Reg. No. 3,663,013

United States Patent and Trademark Office     Registered Aug. 4, 2009

## TRADEMARK
### PRINCIPAL REGISTER



STELLA ROSA

SAN ANTONIO WINERY, INC. (CALIFORNIA CORPORATION)
767 LAMAR STREET
LOS ANGELES, CA 90031

FOR: WINES, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 8-4-2004; IN COMMERCE 8-27-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROSA" , APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CROWN DISPOSED ABOVE THE WORDS "STELLA ROSA" IN CAPITAL LETTERS WITH THE FIRST "L" BEING VERTICAL-LY ENLARGED AND WITH ITS LOWER RIGHT-MOST PORTION EXTENDING UNDER THE SEC-OND "L" AND WITH THE "R" HAVING A LOWER RIGHT-MOST PORTION WHICH EXTENDS UN-DER THE "O".

THE ENGLISH TRANSLATION OF "STELLA ROSA" IN THE MARK IS "PINK STAR" OR "STAR ROSE".

SER. NO. 77-599,131, FILED 10-23-2008.

ROBIN MITTLER, EXAMINING ATTORNEY

# EXHIBIT C



# EXHIBIT D



# EXHIBIT E

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88720292**
**Filing Date: 12/09/2019**

*NOTE: Data fields with the* *** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | BELLA ROSA |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BELLA ROSA |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Enovation Brands, Inc. |
| INTERNAL ADDRESS | Suite 400A |
| *STREET | 2875 NE 191 STREET |
| *CITY | Aventura |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 33180 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 033 |
| *IDENTIFICATION | Sparkling wines; Wine; Red wine; Rose wine; White wine |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |

| | |
|---|---|
| *TRANSLATION (if applicable) | The English translation of Bella Rosa in the mark is beautiful rose. |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

### ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Andrew C. Aitken |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| STREET | P.O. Box 1810 |
| CITY | Wheaton |
| STATE | Maryland |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20915 |
| PHONE | 301-537-3299 |
| EMAIL ADDRESS | acaitken@aitkenlawoffices.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

### CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Andrew C. Aitken |
| *STREET | P.O. Box 1810 |
| *CITY | Wheaton |
| *STATE (Required for U.S. addresses) | Maryland |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 20915 |
| PHONE | 301-537-3299 |
| *EMAIL ADDRESS | acaitken@aitkenlawoffices.com; acaitken@yahoo.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

### FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

### SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Andrew C. Aitken/ |

| | |
|---|---|
| * SIGNATORY'S NAME | Andrew C. Aitken |
| * SIGNATORY'S POSITION | Attorney of record, Maryland bar member |
| SIGNATORY'S PHONE NUMBER | 301-537-3299 |
| * DATE SIGNED | 12/09/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88720292**
**Filing Date: 12/09/2019**

## To the Commissioner for Trademarks:

**MARK:** BELLA ROSA (Standard Characters, see mark)
The literal element of the mark consists of BELLA ROSA. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Enovation Brands, Inc., a corporation of Florida, having an address of
    Suite 400A
    2875 NE 191 STREET
    Aventura, Florida 33180
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 033:  Sparkling wines; Wine; Red wine; Rose wine; White wine
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).


**Translation**
The English translation of Bella Rosa in the mark is beautiful rose.


The applicant hereby appoints Andrew C. Aitken. Andrew C. Aitken, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 1810
    Wheaton, Maryland 20915
    United States
    301-537-3299(phone)
    acaitken@aitkenlawoffices.com (authorized).

Andrew C. Aitken submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Andrew C. Aitken
    P.O. Box 1810
    Wheaton, Maryland 20915
    301-537-3299(phone)
    acaitken@aitkenlawoffices.com; acaitken@yahoo.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

<strong>Declaration</strong>

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **AND/OR**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Andrew C. Aitken/   Date: 12/09/2019
Signatory's Name: Andrew C. Aitken
Signatory's Position: Attorney of record, Maryland bar member
Signatory's Phone Number: 301-537-3299
Payment Sale Number: 88720292
Payment Accounting Date: 12/09/2019

Serial Number: 88720292
Internet Transmission Date: Mon Dec 09 16:35:40 EST 2019
TEAS Stamp: USPTO/FTK-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20191209163540800504-88720292-
700987d3d9a7ab80fe74613c606ec31c2e218c56
05c841a55ecb37bcfde5829-CC-35394847-2019
1209161941151462

# BELLA ROSA

# EXHIBIT F



PROCUREMENT AND
ENFORCEMENT
OF INTELLECTUAL PROPERTY

**CISLO & THOMAS LLP**
Attorneys at Law

PATENT, TRADEMARK
COPYRIGHT & RELATED
MATTERS

WESTLAKE VILLAGE
2829 Townsgate Road
Suite 330
Westlake Village, CA 91361-3006
(805) 496-1164

**12100 Wilshire Boulevard
Suite 1700
Los Angeles, CA 90025-7103
(310) 979-9190
Facsimile (310) 394-4477
www.cislo.com**

SANTA BARBARA
1332 Anacapa Street
Suite 120
Santa Barbara, CA 93101-2090
(805) 962-1515

PASADENA
1055 East Colorado Blvd.
Fifth Floor
Pasadena, CA 91106-2327
(626) 204-9206

QUALITY CLIENT CARE® SINCE
1979

SAN DIEGO
12636 High Bluff Drive
Suite 400
San Diego, CA 92130-2071
(619) 481-5448

January 13, 2020

*Via Email*: acaitken@aitkenlawoffices.com

Andrew C. Aitken, Esq.
P.O. Box 1810
Wheaton, Maryland 20915

      Re:  Use of BELLA ROSA; U.S. Trademark App. Serial No. 88720292
            Matter No.: 19-38982

Dear Mr. Aitken:

      Our firm represents San Antonio Winery, Inc. ("San Antonio Winery") in intellectual property matters. We are sending you this letter because you are the attorney of record for U.S. Trademark Application Serial No. 88720292 for the mark BELLA ROSA. According to the Trademark Office records you filed this application on December 9, 2019 on behalf of Enovation Brands, Inc. ("Enovation") for use in connection with wines, including sparkling wines.

      As you may be aware, San Antonio Winery has built a significant brand around the trademark STELLA ROSA over the last fifteen years. The STELLA ROSA brand is protected by numerous U.S. and international trademark registration including incontestable U.S. Reg. Nos. 3663013 and 4000417. Both registrations are for use in connection with wine. Allowing third parties to use trademarks that are the same or similar to the STELLA ROSA name in connection with alcohol may subject San Antonio's trademark to unwanted consequences. This mark is extremely important to San Antonio Winery and our client has successfully pursued numerous

CISLO & THOMAS LLP
**Attorneys at Law**

January 13, 2020
Page 2

third parties protecting and enforcing its trademark rights.

We understand that the terms "bella" and "rosa" are commonly used in alcohol in various arrangements. There is even a registration for the mark SUE BELLA ROSA for use in connection with wine which our client does not object to. Registration of "BELLA ROSA" over that registration is problematic.

Unfortunately, the combination of "bella" and "rosa" alone without an additional unique identifying term/s in front of BELLA ROSA is too close in sight and sound to STELLA ROSA. In fact, the marks only differ by two letters. The goods are identical and are presumed to travel in the same channels of trade as San Antonio Winery's STELLA ROSA wines. To alleviate, San Antonio Winery's concerns it would be most appreciated if Enovation would consider adding an additional distinctive term to its mark before Bella Rosa. Also this would increase the chances of allowability over SUE BELLA ROSA.

Please provide a written response by January 20, 2020 (1) confirming whether or not Enovation will add another term/s, (2) a copy of the proposed label Enovation intends to use on in connection with its BELLA ROSA wines, and (3) the channels of commerce in which the BELLA ROSA wine will be sold.

Thank you in advance for your consideration and cooperation. If you would like to discuss the matter further, please do not hesitate to contact me.

Very truly yours,

CISLO & THOMAS LLP

*/Katherine M. Bond/*
Katherine M. Bond, Esq.

Kmb/KMB
cc: Client

# EXHIBIT G

**Katherine Bond**

---

| | |
|---|---|
| **From:** | Andrew Aitken <acaitken@aitkenlawoffices.com> |
| **Sent:** | Monday, January 20, 2020 1:44 PM |
| **To:** | Katherine Bond |
| **Cc:** | Jennifer Hargis; Yazmín Curiel-Ruth |
| **Subject:** | Re: Use of BELLA ROSA; U.S. Trademark App. Serial No. 88720292; Matter No. 19-38982 |

Dear Ms. Bond:

I have a meeting set up this week with Enovation Brands to discuss your letter of January 13 and proposal.  After the meeting, I will plan to provide a substantive response.

Very truly yours,

Andrew Aitken


Andrew C. Aitken, Esq.
Aitken Law Offices
P.O. Box 1810
Wheaton, MD 20915
Phone (301) 537-3299
Facsimile (240) 491-9892
www.aitkenlawoffices.com

This transmission contains information from the law offices of Andrew C. Aitken and may contain information that is confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.

Circular 230 Disclosure:
To ensure compliance with requirements imposed by Treasury and the IRS, we inform you that any federal tax advice contained in this communication (including attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding tax penalties that may be imposed under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another person any transaction or matter addressed herein.


On Monday, January 13, 2020, 10:44:16 AM EST, Katherine Bond <kbond@cislo.com> wrote:


Dear Mr. Aitken,


Please see the attached correspondence.


Thank you,


**K a t h e r i n e   M .   B o n d ,   E s q .** | **Partner**

1

**Cislo & Thomas LLP**

Offices in West Los Angeles and San Diego

Tel: (310) 979-9190

Fax: (310) 394-4477
www.cislo.com

**IMPORTANT:  This mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this e-mail message in error, please immediately notify Cislo & Thomas LLP by reply email (or other immediate means) and delete or otherwise discard the original message and all copies thereof.  Thank you.**

# EXHIBIT H

Exhibit H – Internet Search "BELLA ROSA Wine"



# EXHIBIT I

Ex. I to TRO Application

 

# EXHIBIT J

This POG should be set with 6 wine feature holders
part number AX6801.
Please set to the right of the label on the second facing of the item.
All should be set on the 4th shelf of each section.

The feature holder should be placed on the following items:
213004007  The Collection Sparkling Rose 750ml
213004031  Rose Bae 750ml
213003471  Josh Butter Chardonnay 750ml
213004030  Marlborough Ridge Sauvignon Blanc 750ml
213004015  Beauty in Chaos Pinot Grigio 750ml
213004040  Stella de Luna Moscato D'Asti 750ml



| Section #1 | Section #2 | Section #3 | Section #4 | Section #5 | Section #6 |

**TARGET POGS - FULL SCHEMATIC**

**D213JYV 03/01/2020 EXP: WINE B: CA: SOUTH: DE: (28:24/64) 24x64x22**

This POG should be set with 4 wine feature holders
part number AX6801.
Please set to the right of the label on the second
facing of the item.
All should be set on the 4th shelf of each section.

The feature holder should be placed on the
following items:
213004041  Stella De Luna Red Blend 750ml
213003240  Bar Dog Pinot Noir 750ml
213004000  The Collection Cabernet Sauv 750ml
213002428  Menage a Trois Bourbon Cabernet
Sauv 750ml



| Section #1 | Section #2 | Section #3 | Section #4 | Section #5 | Section #6 | Section #7 |

**TARGET POGS - FULL SCHEMATIC**          **D213KQS 03/01/2020 LE PF: WINE B: CA: SOUTH: (28:28): 28x84x0**

# EXHIBIT K



Exclusive news and research on the wine, spirits and beer business

NEWS    HELP    EVENTS    IMPACT DATABANK REPORTS    CANNABIS EDITION

PUBLICATIONS    SUBSCRIBE TO SND

## Riboli Family Eyes 3-Million-Case Mark For Stella Rosa This Year

February 5, 2020

Amid a period of rapid growth for its Stella Rosa wine brand, Riboli Family Wine Estates is expanding the lineup with new expressions and backing the Italy-imported label with a fresh advertising campaign. Stella Rosa jumped nearly 20% to just under 2.5 million cases in 2019, according to Impact Databank. Since 2016, Stella Rosa has nearly doubled in size and become the top imported wine brand by volume in the U.S. market's $10 and up segment, with its core range retailing at $11-$13 a 750-ml.

Three new releases this year will expand Stella Rosa's lineup of fruit flavored wines and complement the other semi-sparkling and semi-sweet offerings in the portfolio. Steve Riboli, vice president of Riboli Family Wines, predicts that the brand will crack the 3-million-case mark in 2020, with its innovations playing a key role. "We plan to increase our distribution of new flavors Pineapple and Watermelon, and also introduce a new Blueberry flavor," he says.

While Stella Rosa is performing well nationwide, its strongest markets are in the Southwest,



### Archives

Select Month ▼

### FOLLOW US

Contact our editorial team at shankennewsdaily@mshanken.com.

Midwest, and Southeast. As lower-alcohol drinks continue to find wider audiences, Stella Rosa is in a strong position to reach consumers across a variety of demographics, Riboli believes, with much of the portfolio at 5.5% abv. In addition, the company is enhancing its focus on portable packaging, expanding its Stella Rosa Aluminum line with 250-ml. cans ($7-$8 a 2-pack) this spring.

Riboli Family has also debuted a new ad campaign for Stella Rosa called "Real Taste Comes Naturally." The push highlights Stella Rosa's intersection with food and drinks trends toward gluten-free, low-abv, low-calorie, and naturally flavored offerings. "We want to spread our message of authenticity through traditional advertising like we always have, via billboards, TV, radio, and print ads," Riboli says. The campaign will also include a Natural Taste Road Show bringing the brand to retailers and events across the U.S.

At the higher end of the portfolio, Stella Rosa continues to see gains for its Rosso Lux and Black Lux ($15-$17 a 750-ml.) wines, and its Imperiale Moscato Rosé ($13-$15) has also been a strong performer.—*Shane English*

**Subscribe to Shanken News Daily's Email Newsletter, delivered to your inbox each morning.**

0Share

Tagged : Riboli Family Wine Estates, Stella Rosa

GET YOUR FIRST LOOK AT 2018 DATA AND 2019
PROJECTIONS FOR THE WINE AND SPIRITS
INDUSTRIES. *ORDER YOUR 2019 IMPACT
DATABANK REPORTS*. CLICK HERE.

Previous : Constellation
Extends Cooper & Thief
With Brandy Barrel Aged
Pinot

Next :

© 2020 Shanken News Daily All rights reserved. About us.

# EXHIBIT L



**CISLO & THOMAS LLP**
Attorneys at Law

PROCUREMENT AND
ENFORCEMENT
OF INTELLECTUAL PROPERTY

PATENT, TRADEMARK
COPYRIGHT & RELATED
MATTERS

**WESTLAKE VILLAGE**
2829 Townsgate Road
Suite 330
Westlake Village, CA 91361-3006
(805) 496-1164

12100 Wilshire Boulevard
**Suite 1700**
Los Angeles, CA 90025-7103
(310) 979-9190
Facsimile (310) 394-4477
www.cislo.com

**SANTA BARBARA**
1332 Anacapa Street
Suite 120
Santa Barbara, CA 93101-2090
(805) 962-1515

**PASADENA**
1055 East Colorado Blvd.
Fifth Floor
Pasadena, CA 91106-2327
(626) 204-9206

**SAN DIEGO**
12636 High Bluff Drive
Suite 400
San Diego, CA 92130-2071
(619) 481-5448

QUALITY CLIENT CARE® SINCE
1979

February 4, 2020

*Via Email*: acaitken@aitkenlawoffices.com

Andrew C. Aitken, Esq.
P.O. Box 1810
Wheaton, Maryland 20915

  Re: Use of BELLA ROSA; U.S. Trademark App. Serial No. 88720292
    Matter No.: 20-40973

Dear Mr. Aitken:

  As you know our firm represents San Antonio Winery, Inc.  We sent you a letter on January 13th regarding the above-referenced matter and to date, no substantive response has been received. We suspect this is intentional in that Enovation Brands is not only infringing San Antonio's STELLA ROSA mark but intentionally copied the STELLA ROSA trade dress.  Apparently, your client was hoping to ship while hiding its wrongful act.  We are aware that this is not the first time Enovation Brands has attempted to trade on another successful product's goodwill.

  Enclosed please find a courtesy copy of a complaint that has been filed against Enovation Brands, Inc. in the Southern District of Florida.  Your client has 24 hours to agree in writing that the wines at issue will not enter the stream of commerce in the United States.

  Also, within 24 hours, your client must voluntarily notify all participants that would have been in the channels of commerce, including retailers such as Target of this complaint.  If this is not done, our clients will.  Thus, all downstream will be on notice of our clients' rights and considered a willful infringer if they sell the infringing products.

C I S L O  &  T H O M A S  L L P

**Attorneys at Law**

February 4, 2020
Page 2

       We also represent Merritt Winery.  Merritt demands that your client not use BELLA ROSA as a mark without another prominent and distinctive term.

                    Very truly yours,
                    CISLO & THOMAS LLP
                    */Katherine M. Bond/*
                    Katherine M. Bond, Esq.

Kmb/KMB
cc:  Client

# EXHIBIT M

## Katherine Bond

| | |
|---|---|
| **From:** | Katherine Bond |
| **Sent:** | Tuesday, February 11, 2020 8:48 AM |
| **To:** | 'Andrew C. Aitken' |
| **Cc:** | Jeffrey Sheldon; 'david@filawyers.com'; Laura Banuelos |
| **Subject:** | RE: Use of BELLA ROSA; U.S. Trademark App. Serial No. 88720292; Matter No. 19-38982 |
| **Attachments:** | 20200210 Confirmation of Ex Parte App Filing.pdf; 20200210 Ex Parte App TRO FILED.pdf; Exhs A through L.pdf; cook final declaration.pdf; Dec. of Mr. Merritt Executed.pdf; 20200210 Declaration of S. Riboli FINAL .pdf |

Andrew,

As a courtesy, attached please find an *Ex Parte* application and its accompanying documents that were filed yesterday.  Your client should reconsider its position.  San Antonio and Merritt will never consent to the sale of the infringing products.

Even if an order does not issue, and product is shipped, Enovation has a significant downside- increased damages and attorney fees.

Moreover, sales may not be an option.  Will distributors distribute and will retailers accept product?

Regards,
Katherine


**From:** Andrew C. Aitken <acaitken@ipllfirm.com>
**Sent:** Monday, February 10, 2020 10:02 AM
**To:** Katherine Bond <KBond@cislo.com>
**Subject:** Re: Use of BELLA ROSA; U.S. Trademark App. Serial No. 88720292; Matter No. 19-38982

Dear Katherine:

While I will confirm, I believe that Enovation seeks to sell though any inventory that is en route from Italy. It would then work with your client to agree to label changes that both could live with.

Please let me know if your client has any interest in such a discussion.

(Please let me know who you would like copied on correspondence.)

Best regards,

Andy Aitken


On Mon, Feb 10, 2020 at 12:23 PM Katherine Bond <KBond@cislo.com> wrote:

Andrew,

For clarity, are you stating that Enovation Brands is willing to make changes to its name and label before being sent to

1