UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20515-SCOLA

SAN ANTONIO WINERY, INC.,
a California corporation, and MERRITT
ESTATE WINERY, INC., a New York
corporation,

    Plaintiffs,

v.

ENOVATION BRANDS, INC., a Florida
corporation,

    Defendant.

_____/

## DECLARATION OF EDWARD COOK IN SUPPORT OF EX PARTE APPLICATION BY PLAINTIFFS

I, Edward Cook, declare and state as follows:

1. I am over the age of eighteen years and have personal knowledge of the facts set forth herein.

**My Expert Qualifications**

2. I am an expert with regard to the marketing and sales of wines to consumers.

3. I received a BA degree from Colgate University in 1976.

4. My employment history after college is:

    a. Johnson & Johnson - three years selling consumer products.

1

b. Gallo Winery – sales for 10 years from 1979-1989. Responsible for sales to distributors and retailers in the Southeastern United States.

c. Harris Teeter Inc., which is currently a subsidiary of Kroger, for 30 years. Harris Teeter is a large Eastern seaboard grocery chain with stores from Delaware to Florida. I was in charge of special products, director of advertising, director of private labels where Harris Teeter would develop its own private label products, and director of beer and wine. I held the latter position for 25 years.

d. In my job for Harris Teeter, it was necessary for me to know consumer perceptions of wine brands, wine labelling, and consumer preferences, and in fact am an expert with regard to these. I interacted with consumers almost on a daily basis.

e. Harris Teeter is one of the leading wine retailers in the United States and has the highest per store of wine sales U.S. supermarkets, or close to the highest. For example, in 2019, the sales of Harris Teeter of wine was almost 300 million dollars.

5. I was awarded the Retailer of the Year by Market Watch, a subsidiary of Wine Spectator in 2002. I am a member of the Carolinas Food Industry Council Hall of Fame, and have served on many industry panels regarding retail sales of wines.

**Lack of Bias**

6. I have no relationship with either San Antonio Winery or Merritt Estate Winery. I am being paid for my time in this matter at a rate of $100 per hour. I am retired.

**My Personal Knowledge of Stella Rosa**

7. I am very familiar with the Stella Rosa brand of wine as it was a leading wine for Harris Teeter.

8. I found that San Antonio Winery is a reliable and honest supplier, and while at Harris Teeter, it was a pleasure doing business with San Antonio Winery. San Antonio Winery. For example, San Antonio Winery was named American Winery of the Year 2018 by Wine Enthusiast.

9. Harris Teeter in general is considered an upscale retailer of wine.

10. I was responsible for Harris Teeter bringing in the Stella Rosa brand of wines, even though it is not considered an upscale brand, with great results. For example, in 2019 the growth in the Stella Rosa brand for Harris Teeter exceeded the growth rate for all other wines carried by Harris Teeter.

11. Stella Rosa is a very good brand, actively promoted, and has very good consistent quality. It is not considered a luxury brand, but it is reliable and good value. It retailed for about $10.00-$19.99 per bottle. For our customers it was a relatively inexpensive brand.

12. Stella Rosa being a relatively inexpensive brand, is more susceptible to confusion by consumers, than the more expensive brand such as a $50.00 wine where consumers are more sophisticated and tend to be more well educated about wine.

13. The wine industry is very fragmented in that there are multiple different types of wines, such as merlots, Chablis, blends, sauvignon blanc, pinout, and cabernet. It is also fragmented by country of origin such as the United States, France, Chile, Germany, Portugal, and Italy.

14. Stella Rosa is in a subcategory of this fragmented industry, namely Italian, low alcohol, fizzy, sweet or semi-sweet wine. Stella Rosa is the dominant brand in this category.

**Target**

15. I am familiar with Target wine department. Target is not where sophisticated consumers go to find a high-quality or high-priced wine.

**Documents Reviewed**

16. In preparing this Declaration, I reviewed the Complaint in this matter and the Exhibits provided with the Complaint. I paid attention to the amount of sales of Stella Rosa wines and the marketing efforts. The numbers reported are expected by me since Stella Rosa is the number one Italian import wine in the United States.

17. I also reviewed a letter from Andrew Aitken dated February 5, 2020 where MR. Aitken states: "As such, Enovation is considering a transition to an amended mark that may include a further prefix."

**My Opinion and Analysis**

18. If Bella Rosa wine as shown in the Complaint is allowed to be on retailer shelves, and particularly at Target, consumer confusion, and loss of goodwill by San Antonio Winery, are inevitable. Among the many reasons for this opinion are the following:

   a. The strength of the Stella Rosa mark.

   b. The strength of the Stella Rosa trade dress. The Stella Rosa trade dress for the Rosso and Moscato wines shown in the complaint herein is distinctive and has acquired brand recognition by consumers. I am unaware of any wine in this subcategory with the same elements.

   c. The similarities between Bella Rosa and Stella Rosa, differing only in a "B" instead of "ST".

   d. Most consumers do not speak Italian so they will not translate Stella or Bella or Rosa and know the meanings, so the contention by Mr. Aitken that Bella and Stella have different meanings is meritless.

e. The low price of Stella Rosa wines.

f. The relative unsophistication of consumers of Stella Rosa wines, and particularly those that shop at Target.

g. The overlapping channels of commerce.

h. Stella Rosa and Bella Rosa wines are in the same relatively narrow subcategory of wine, both being Italian, low alcohol, fizzy, sweet or semi-sweet wines.

i. My comparison of the packaging for the Bella Rosa and Stella Rosa wines leads to the conclusion that there is very clear intent by Enovation to trade on the goodwill of Stella Rosa and divert sales from Stella Rosa to Bella Rosa. I can think of no other explanation for the strong similarities, such as "Bella" and "Stella" being in black and "Rosa" being in red on both labels; both products have a similar emblem within the glass of the bottle in the same location, which is unusual in this category of wine; the emblem is repeated on the label; the labels are the same color; both wines have same color screwcaps; and the decorative pattern used on Stella Rosa wine is mimicked on the Bella Rosa label. I can think of no reason for these similarities other than a blatant attempt to divert sales and trade on the goodwill of Stella Rosa wines.

I declare under penalty of perjury that the foregoing is true and correct. Executed this eleventh (11)day of February, 2020 at Charlotte, North Carolina.

_____
Edward Cook