# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20515-SCOLA

| | |
|---|---|
| SAN ANTONIO WINERY, INC.,<br>a California corporation, and Merritt Estate<br>Winery, Inc, a New York corporation,<br><br>          Plaintiffs,<br>   v.<br><br>ENOVATION BRANDS, INC., a Florida<br>corporation,<br>          Defendant. | **Declaration of Steve Riboli** |

I, Steve Riboli, declare as follows:

1.       I am Vice President and part owner of San Antonio Winery, Inc. ("San Antonio Winery"), the Plaintiff in this matter. I have been the CFO/ Vice President of San Antonio Winery since 1990. As such, I am personally familiar with the facts set forth below and, if called as a witness and properly sworn, could and would testify to them from my own personal knowledge, except as where stated on information and belief and, as to those facts I believe them to be true. In my position I am knowledgeable about San Antonio Winery's intellectual property, including its trademarks and trade dress, the sales and the marketing of wine, the Co-Existence Agreement between San Antonio Winery and Merritt Estate Winery, Inc. and the actions of the Defendant Enovation Brands, Inc. I am over the age of 18 years, and I make this declaration in support of

San Antonio Winery's claims, including its *ex parte* application for a temporary restraining order and preliminary injunction.

**Background**

2.      I am a graduate of the University California at Davis with a degree in Economics. I have been employed in the wine industry for over 37 years.  As such, I have held positions in retail distribution, wholesale distribution, importing and exporting, national/international sales and marketing, winery operations and acquisition. I am a third-generation family employee of San Antonio Winery.

**San Antonio Winery**

3.      San Antonio Winery has been a family-owned, Los Angeles based business since 1917.  It is the oldest winery in Los Angeles with 101 years of winemaking experience.

4.      Since its founding, the winery has persevered through prohibition, the Great Depression, and World War II to become one of the most awarded wineries in California with locations in Monterey, Paso Robles and Napa Valley with four generations of family contributing to the company's success.

5.      Our company produces and distributes award winning wines and was honored as the 2018 American Winery of the Year by Wine Enthusiast.

6.      One of San Antonio Winery's most recognizable and famous brands is the STELLA ROSA® family of low-alcohol, sweet and semi-sweet wines- some of which are fruit-flavored and sparkling. STELLA ROSA wines have won many awards and accolades, including the "Hot

2

Brand" award from Impact magazine each year for the last six years, with several winning Best of Class at the Los Angeles International Wine Competition.

7.      San Antonio Winery also manufactures, imports and distributes multiple brands of wines under its own mark such as San Simeon, Opaque, Maddalena and Bodega de San Antonio.

**STELLA ROSA History**

8.      In the early 2000's San Antonio Winery discovered an unmet need in the wine market.  The company realized that not all consumers had a palette for traditional red and white wines.  Some people desired a sweeter wine, with less alcohol that is not as heavy as a Chardonnay or Merlot. The introduction of STELLA ROSA wine created a new market to satisfy this need which has been hugely successful. STELLA ROSA wine is imported from Italy. It is a low alcohol (5.5 % or less), fizzy, sweet or semi-sweet, prosecco style wine.  The company has dedicated substantial efforts and resources in developing the STELLA ROSA product line.

9.      Since its launch about 15 years ago the STELLA ROSA brand has since become America's number one imported Italian wine with over fifteen (15) varieties.  The Stella Rosa collection of wines can be seen at https://stellarosawines.com/ and Exhibit "C".  Provided herewith as Exhibit C is a true and correct image of STELLA ROSA wine bottles.

10.      STELLA ROSA is a relatively inexpensive wine, retailing at a price of about $10 to about $19. It is sold through multiple retail channels, including wine stores such as Total Wine and Crown Wine & Spirits; major retailers such as Costco, Walmart, and Target; through the internet, including through the Stella Rosa website at https://stellarosawines.com/; and at San Antonio Winery's wine tasting rooms.

11.      STELLA ROSA wines have won many awards. With regard to the two STELLA

ROSA wines whose trade dress is mimicked by Enovation Brands, the awards are:

<u>Moscato D'Asti</u>

93 POINTS – GOLD MEDAL, MONTEREY WINE COMPETITION

91 POINTS – GOLD MEDAL, LOS ANGELES INTL. WINE COMPETITION

GOLD MEDAL – INTL. WOMEN'S WINE COMPETITION

88 POINTS – SILVER MEDAL & BEST BUY, TASTINGS.COM (BEVERAGE TESTING INSTITUTE)

<u>Stella Rosso</u>

91 POINTS – GOLD MEDAL, SAN DIEGO CHALLENGE INT. WINE & SPIRITS

90 POINTS – GOLD MEDAL & BEST BUY, TASTINGS.COM (BEVERAGE TESTING INSTITUTE)

90 POINTS – GOLD MEDAL – BEST OF CLASS, LOS ANGELES INTERNATIONAL WINE COMPETITION

GOLD MEDAL – WSWA WINE & SPIRITS COMPETITION

GOLD MEDAL – RESERVE CLASS CHAMPION, HOUSTON LIVESTOCK SHOW & RODEO

88 POINTS – GOLD MEDAL & BEST BUY, TASTINGS.COM (BEVERAGE TESTING INSTITUTE)

12.     The company decided early on that the STELLA ROSA line of products would have specific visual characteristics and signature markings to identify its wine from others.  San Antonio Winery uses a unique trade dress for its STELLA ROSA brand comprising a distinctive colored screwcap coordinated with a colored label. San Antonio Winery uses the following particular signature markings to identify its "Rosso" and "Moscato D'Asti" wines from others. Below is the trade dress for the STELLA ROSA varietal "Stella Rosso" ("Stella Rosso Trade Dress").

MAROON and GOLD Screwcap

A small patterned print in GOLD

PROMINENT DESIGN IN GLASS ABOVE
LABEL

PRODUCT OF ITALY

PROMINENT DESIGN ABOVE "STELLA
ROSA" SAME AS  DESIGN IN GLASS

**STELLA ROSA** PROMINENT IN
BLACK (STELLA) and RED (ROSA)

"ROSSO" under STELLA ROSA

"A LOW ALCOHOL GRAPE WINE"

The label color is off-white



13.    The STELLA ROSA Trade Dress for STELLA ROSA Moscato D'Asti is shown below ("Stella Rosa Moscato Trade Dress").

RED and GOLD Screwcap

A small patterned print in Gold

PROMINENT DESIGN IN GLASS ABOVE LABEL
WHICH IS SAME DESIGN ABOVE STELLA ROSA

Product of Italy

PROMINENT DESIGN ABOVE "STELLA ROSA"
SAME AS DESIGN IN BOTTLE

**STELLA ROSA** PROMINENT (IN BLACK STELLA
and RED for ROSA)

"MOSCATO D'ASTI" under STELLA ROSA

"SEMI SWEET"

The label color is white



6

14.     San Antonio Winery is the owner of several well-known trademarks, including but not limited to, the STELLA ROSA word mark which is the subject of incontestable U.S. federal trademark registration no. 4,000,417 (the "'417 Registration"), a true and correct copy of which is provided herewith as Exhibit "A".  The '417 Registration was issued by the U.S. Patent and Trademark Office ("PTO") on July 26, 2011 for use in connection with wine (the "STELLA ROSA Design Mark").

15.     The STELLA ROSA + design is the subject of incontestable U.S. federal trademark registration no. 3,663,013 (the "'013 Registration"), a true and correct copy of which is provided herewith as Exhibit "B".  The '013 Registration was issued by the PTO on August 4, 2009 for use in connection with wines (the "STELLA ROSA Design Mark").  Together the STELLA ROSA Word Mark and the STELLA ROSA Design Mark are referred to as the STELLA ROSA Marks.

16.     Some of San Antonio Winery's Federal Registrations protecting the STELLA ROSA brand are listed in the table below.

| Trademark | Reg. No. | Reg. Date | Class(es) Goods/Services |
|---|---|---|---|
| STELLA ROSA | 3663013 | Aug. 4, 2009 | Class 33: Wines |
| STELLA ROSA | 4000417 | July 26, 2011 | Class 33: Wines |
| STELLA ROSA | 4621690 | October 14, 2014 | Class 29: Jellies Class 30: Sauces |
| STELLA ROSA | 4522059 | April 29, 2014 | Class 43: Bistro Services |
| STELLA ROSA | 4575423 | July 29, 2014 | Class 25: Clothing, namely, hats and shirts. |
| STELLA ROSA | 4636301 | Nov. 11, 2014 | Class 3: Lip balm Class 6: Metal key chains |

7

| | | | Class 21: Cocktail shakers, Ice Buckets |
|---|---|---|---|
|  | 4696085 | March 3, 2015 | Class 33: Wines |

17.     In addition to the registrations above, the company owns nineteen (19) additional "STELLA" trademark registrations in the United States and numerous others internationally.  The company has taken significant efforts in enforcing its trademark rights in and to the STELLA ROSA family of marks.

18.      San Antonio Winery has used the STELLA ROSA Marks in in commerce to identify its goods and services and to distinguish them from the goods and services made and sold or offered by others by, among other things, prominently displaying the mark on its products, on its Internet website and on advertising materials promoting its goods.

19.     San Antonio has spent in the last two years alone in excess of $30,000,000.00 in marketing its wines bearing the STELLA ROSA Marks. For example, STELLA ROSA wine has been featured multiple times on a float in the nationally televised, world-famous Tournament of Roses Parade, in print advertisements such as in Wine Spectator and Wine Enthusiast, and on over 600 billboards in 42 states, including Florida. The winery also participates in numerous trade shows throughout the year both in the United States and abroad. Other advertising platforms include, a STELLA ROSA website located at https://stellarosa.com and online oscial media platforms.     See     https://www.facebook.com/StellaRosaWines/,     @stellarosawines,     and https://www.instagram.com/stellarosa/. To remain competitive and on the cutting edge of trends,

San Antonio Winery employs numerous winemakers and marketing experts to create new products, reformulate existing products and deliver targeted messaging to the consuming public.

.   20.   Between 2015-2019 San Antonio Winery's total sales of wines under the STELLA ROSA Marks has been in excess of $730,000,000.00. Sales of STELLA ROSA wine in 2019 were in excess of $220,000,000.00. Sales of wine with the Stella Rosso Trade Dress and the Stella Rosa Moscato Trade Dress by San Antonio Winery have been in excess of $160,000,000.00 and $80,000,000.00 for 2015-2019 alone, respectively, and sales in 2019 alone were in excess of $39,000,000.00 and $22,000,000.00, respectively. The wines with the Stella Rosso Trade Dress and the Stella Rosa Moscato Trade Dress are among the largest sellers of the Stella Rosa family of wines.

21.   San Antonio Winery has used the STELLA ROSA Marks and the Stella Rosso Trade Dress and the Stella Rosa Moscato Trade Dress in connection with such goods continuously from the time it adopted them until the present.

22.   San Antonio Winery adheres to strict quality standards in the manufacture of its wines. For example, San Antonio Winery has an employee in Italy for quality control and frequently visits its bottling wineries.  Thus, the presence of the STELLA ROSA Marks on San Antonio Winery's goods indicates to the public that goods and services provided under the STELLA ROSA Marks originate with, or are provided by, San Antonio Winery.  As a consequence of all of the foregoing, the STELLA ROSA Marks and the Stella Rosso Trade Dress and the Stella Rosa Moscato Trade Dress have attained considerable value and the goodwill associated with them represents a valuable business asset.

**Enovation Brands BELLA ROSA**

23. San Antonio Winery utilizes a watch service to monitor, protect and enforce its trademark rights, including tracking trademark applications filed that are the same or similar to STELLA ROSA.

24. On or about January 10, 2020, through its watch service, San Antonio Winery learned that a company called Enovation Brands was intending to use the mark BELLA ROSA in connection with sparkling wines; wine; red wine; rose wine; white wine.  Provided herewith as Exhibit "E" is a true and correct copy of an intent-to-use trademark application filed by Enovation Brands, Inc.

25. The BELLA ROSA trademark application was concerning because BELLA ROSA and STELLA ROSA are similar in sight and sound and the goods were identical to STELLA ROSA.

26. San Antonio Winery was aware of other uses of BELLA ROSA in connection with wine- for example there is a federal registration for SUE BELLA ROSA however, this wine is clearly not intended to be an imitation of STELLA ROSA nor does it compete with the STELLA ROSA brand.

27. Additionally, if one conducts an Internet search for "BELLA ROSA wine", Merritt Estate Winery, Inc.'s ("Merritt Winery") BELLA ROSA wine is the first result. Of note, is STELLA ROSA is the immediate next result after Merritt Winery's results.  Provided herewith as Exhibit "H" is a true and correct copy of a screenshot showing an internet search for BELLA ROSA wine.

28.     Merritt Winery has been making and distributing its BELLA ROSA red wine since 1984 and has entered into a co-existence agreement with San Antonio Winery to prevent any instances of consumer confusion.  A key term is: "Merritt Winery agrees it will not use a label that is similar to San Antonio Winery's STELLA ROSA labels and will not use BELLA ROSA for a prosecco or similar wine and will include "Merritt Winery" prominently on its label such as shown in Exhibit 2."  Thus, unlike Enovation Brands, Merritt has agreed to limit is use of Bella Rosa to wines different than Stella Rosa, and unlike Enovation include "Merritt Winery" prominently on its label; Enovation has no mark other than Bella Rosa. Like, SUE BELLA ROSA, Merritt Winery's BELLA ROSA is not attempting to copy or trade on STELLA ROSA's success and goodwill.

29.     San Antonio Winery is also aware of other trademarks comprising the term "ROSA" such as VILLA ROSA or TERRA ROSA.  STELLA ROSA Mark and BELLA ROSA marks are similar in sight, sound, and appearance, differing only in the changing "ST" to "B".  San Antonio Winery is not aware of any other uses of [XX] ROSA or ROSA [XX] where the wine is identical to STELLA ROSA and the packaging is confusingly similar to the STELLA ROSA Trade Dress.

30.     Our company wanted to know more about how Enovation Brands intended to use the BELLA ROSA mark so on January 13, 2020, San Antonio through counsel sent a letter to Defendant Enovation Brand's attorney of record at the Trademark Office notifying them of San Antonio Winery's rights in and to the STELLA ROSA Marks and requesting to see the proposed label for BELLA ROSA or alternatively, if Enovation Brands would consider adding another term to BELLA ROSA. Provided herewith as Exhibit "F" is a true and correct copy of the letter.

31. On January 20, 2020, counsel merely responded that a response would be forthcoming. Provided herewith as Exhibit "G" is a true and correct copy of the email from Attorney Aitken.

32. No response was received until after the complaint herein was provided to counsel for Enovation. On information and belief the failure to respond was intentional.

33. On or about February 1, 2020, an employee of San Antonio Winery obtained an image from a distributor of Enovation Brands of the labels Enovation Brands was intending to use for its BELLA ROSA wine. Provided herewith as "Exhibit "I" are true copies of the BELLA ROSA labels provided to me.

34. It is my understanding the person providing the labels immediately thought of STELLA ROSA which is why they were sent to San Antonio Winery.

35. San Antonio Winery was also provided of what the BELLA ROSA bottles will allegedly look like. Provided herewith as Exhibit "D" are true and correct images of the BELLA ROSA wine bottles that were provided to San Antonio Winery.

36.     To our shock and amazement, the BELLA ROSA bottles comprised all of the signature features of STELLA ROSA's distinctive trade dress.  Below is a comparison of STELLA ROSA's Stella Rosso Trade Dress as outlined above with the BELLA ROSA "Rosso" wine bottle.



MAROON and GOLD TOP

PROMINENT DESIGN ETCHED IN GLASS
ABOVE LABEL

PATTERN OF GOLD

PROMINENT DESIGN ABOVE BELLA ROSA

PROMINENT **BELLA ROSA**

"ROSSO"

"A WINE DRINK WITH LESS ALCOHOL"

OFF WHITE LABEL COLOR

13

37.     Below is comparison of the Stella Rosa Moscato Trade Dress as outlined above

with the BELLA ROSA "Moscato D'Asti" wine bottle:



RED and GOLD Screwcap

PROMINENT DESIGN IN GLASS ABOVE LABEL
SAME DESIGN ABOVE BELLA ROSA

A SMALL PATTERN OF GOLD

PROMINENT DESIGN ABOVE BELLA ROSA
SAME AS DESIGN ON BOTTLE

PROMINENT **BELLA ROSA**
(Bella black, Rosa in Red)

"Moscato D'Asti" under BELLA ROSA

"SWEET WHITE WINE"

Italian designation

WHITE LABEL COLOR

38.     Upon information and belief, Enovation Brands BELLA ROSA has or will arrive from Italy this week with an intended launch date of early March making this preliminary relief urgent.

39.     The BELLA ROSA product will be launched in Target, a purveyor of STELLA ROSA wine making the channels of trade for STELLA ROSA and BELLA ROSA identical.

40.     On information and belief, based on how Target displays wines, since STELLA ROSA wines and BELLA ROSA wine are Italian, semi-sweet, semi-sparkling, low alcohol wines, they will be displayed in close proximity if not right next to each other.

41.     On further information and belief, San Antonio Winery's STELLA ROSA and Defendant Enovation Brand's BELLA ROSA will appear side by side on store shelves.  Provided herewith as Exhibit "J" is a planogram showing the placement of San Antonio Winery's STELLA ROSA wine and Enovation Brand's BELLA ROSA wine at Target.

42.     Enovation Brands would have had knowledge of San Antonio Winery and STELLA ROSA, from being in the industry.  Enovation Brands likely uses sales and marketing reports such as Nielsen data to obtain sales numbers for various wine brands including, STELLA ROSA.

43.     On February 5, an article was released by Shanken News, titled "Riboli Family Eyes 3-Million-Case Mark For Stella Rosa This Year" states in pertinent part:

> Amid a period of rapid growth for its Stella Rosa wine brand, Riboli Family Wine Estates is expanding the lineup with new expressions and backing the Italy-imported label with a fresh advertising campaign. Stella Rosa jumped nearly 20% to just under 2.5 million cases in 2019, according to Impact Databank. Since 2016, Stella Rosa has nearly doubled in size and become the top imported wine brand by volume in the U.S. market's $10 and up segment, with its core range retailing at $11-$13 a 750-ml. (Emphasis added)

Shanken News Daily, Feb. 5, 2020.  Provided herewith as Exhibit "K" is a true and correct copy of the Shanken News Daily article.

44.     Due to its huge success, STELLA ROSA has been extensively covered in the press.

44.     It is my belief that the BELLA ROSA "Rosso" and "Moscato D'Asti" was an intentional effort to trade on the goodwill San Antonio Winery has created in STELLA ROSA.

45.     San Antonio Winery does not want to have any affiliation or association with Enovation Brands nor does it want consumers to be confused when they purchase BELLA ROSA thinking it is related to STELLA ROSA.

46.     If Enovation Brands is allowed to proceed with selling the BELLA ROSA wines it will cause irreparable and immediate injury to San Antonio Winery including, but not limited to, lost sales and goodwill, damage to its reputation it has spent substantial time and resources investing in and an association with a potentially low-quality wine.

47.     On February 4, 2020, San Antonio Winery and Merritt Winery jointly filed a complaint against Enovation Brands.  A courtesy copy of the filed complaint was provided to counsel for Enovation Brands that same day via email.  Provided herewith as Exhibit L is a true and correct copy of the letter sent to attorney Aitken.

48.     San Antonio Winery would like this Court's assistance to prevent Enovation

Brands from launching BELLA ROSA as labeled and bottled to prevent further damage from

occurring.


I declare under penalty of perjury, under the laws of the United States and under the laws of the
State of California that the foregoing is true and correct and that this declaration was executed
this *10th* day of February 2020, at _____ 737 Lamar, Los Angeles, California _____.

_____
Steve Riboli