UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-20515-SCOLA

| | |
|---|---|
| SAN ANTONIO WINERY, INC., a California corporation, and Merritt Estate Winery, Inc, a New York corporation,<br><br>Plaintiffs,<br>v.<br><br>ENOVATION BRANDS, INC., a Florida corporation,<br>Defendant. | **Declaration of William Merritt** |

I, William Merritt, declare as follows:

1. I am the Founder of Merritt Winery, Inc. ("Merritt Winery"), the Plaintiff in this matter. I have operated Merritt Winery since 1976. As such, I am personally familiar with the facts set forth below and, if called as a witness and properly sworn, could and would testify to them from my own personal knowledge, except as where stated on information and belief and, as to those facts I believe them to be true. In my position I am knowledgeable about Merritt Winery's trademarks, the manufacturing and distribution of wine and the sales and marketing of these products, the Co-Existence Agreement between San Antonio Winery and Merritt Estate Winery, Inc. and the actions of the Defendant. I make this declaration in support of Merritt Winery's claims,

including its *ex parte* application for a temporary restraining order and order to show cause re. preliminary injunctive relief and expedited discovery.

2. In 1984, Merritt Winery began offering a red wine under the name BELLA ROSA. The BELLA ROSA wine is offered to consumers all over the country, including residents of Florida.

3. Over the last thirty-five years, BELLA ROSA has been a Merritt Winery best seller and has won numerous prestigious awards including:

> San Francisco Chronicle Wine Competition, 2018: Silver
> San Francisco Chronicle Wine Competition, 2017: Double Gold
> Indy International Wine Competition, 2015: Silver
> San Francisco Chronicle Wine Competition, 2014: Gold
> Finger Lakes International Wine Competition, 2013: Silver

4. BELLA ROSA has an 87% rating from Wine Enthusiast.

5. To succeed in the wine market for over three decades, Merritt Winery has devoted substantial time and resources developing and promoting BELLA ROSA.

6. Merritt Winery's BELLA ROSA wine retails between $10 and $15 and is sold mainly in wine and spirit stores, both brick and mortar and online. BELLA ROSA's popularity helps provide opportunities for Merritt Winery to offer additional wines in stores.

7. The winery sells at least 125,000 bottles of BELLA ROSA a year netting our company over a million dollars annually.

8. Merritt Winery has used the BELLA ROSA mark in commerce to identify its goods and services and to distinguish them from the goods and services made and sold or offered by others by, among other things, prominently displaying the mark on its products, on its Internet website and on advertising materials promoting its goods. Below is an image of the BELLA ROSA label.



9. The presence of the BELLA ROSA mark on Merritt Winery's goods indicates to the public that goods and services provided under the mark BELLA ROSA originate with, or are provided by, Merritt Winery. Merritt Winery has continuously used the BELLA ROSA mark since its adoption.

10. San Antonio Winery and Merritt Winery have entered into a co-existence agreement to ensure each party's respective marks are continued to be used in a manner that does not cause consumer confusion.

11. On or about January 29, 2020, I was notified that Defendant Enovation Brands had filed a trademark application attempting to register the mark BELLA ROSA for use in connection with sparkling wines; wine; red wine; rose wine; white wine. Provided herewith as Exhibit "E" is a true and correct copy of information from the U.S. Patent and Trademarks Office website for an intent-to-use trademark application filed by Enovation Brands, Inc.

12. I am concerned because our winery has used that mark as trademark for over thirty-five (35) years. Merritt Winery will oppose Enovation Brands BELLA ROSA application, if necessary.

13. I am additionally concerned because I do not know the quality of the Enovation Brands BELLA ROSA.

14. If BELLA ROSA by Enovation Brands is marketed through mass retail outlets such as Target® without another distinctive term, consumer confusion is highly likely. It is likely consumers will believe there is a relationship between our BELLA ROSA wine and Enovation's wine.

15. Merritt would not object to use of BELLA ROSA if Enovation included a distinctive mark such as Enovation on its label to avoid confusion, or take any other steps to avoid confusion, but I understand Enovation refuses to do that and will be distributing its infringing wine if not enjoined.

16. Merritt Winery would like this Court's assistance to prevent Enovation Brands from launching BELLA ROSA as labeled and bottled to prevent consumer confusion, damage to BELLA ROSA's reputation and goodwill, and lost sales.

I declare under penalty of perjury, under the laws of the United States and under the laws of the State of New York that the foregoing is true and correct and that this declaration was executed this 07 day of February 2020, at 2264 King Road, Forestville, NY 14062.

William Merritt

4