UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20515-SCOLA/TORRES

| | |
|---|---|
| SAN ANTONIO WINERY, INC., a California corporation, and Merritt Estate Winery, Inc, a New York corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>ENOVATION BRANDS, INC., a Florida corporation,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING A TEMPORARY RESTRAINING ORDER

The Court, having considered Plaintiffs' Expedited Motion For a Temporary Restraining Order (TRO) pursuant to Fed. R. Civ. P. 65 has determined that Plaintiffs have satisfied the requirements for temporary injunctive relief. Therefore, the Court grants Plaintiffs San Antonio Winery, Inc.'s and Merritt Estate Winery, Inc.'s motion.

1.  Factual Background

Plaintiff San Antonio Winery, Inc. ("San Antonio Winery") is a winery that has produced, imports, and distributes the STELLA ROSA family of Italian, low-alcohol, sweet or semi-sweet, semi-sparkling, wines.  San Antonio Winery has multiple federal trademark registrations protecting the STELLA ROSA brand including incontestable U.S. Trademark Registration No. 4,000,417 (the "'417 Registration") for the word mark STELLA ROSA and incontestable U.S. Trademark Registration No. 3,663,013.  STELLA ROSA wines have a distinctive trade dress.  In particular, San Antonio Winery has used for over 15 years signature distinctive elements to distinguish its "Rosso" and "Moscato D'Asti" STELLA ROSA wines.

Plaintiff Merritt Estate Winery, Inc. ("Merritt Winery") is a winery operating upstate New York since 1976.  In 1984, Merritt Winery began offering a red wine under the name BELLA ROSA.  With its uses spanning over three decades, Merritt Winery's BELLA ROSA trademark has identified its award-winning red wine from others providing the company with strong common

law trademark rights in and to the BELLA ROSA trademark.

Defendant Enovation Brands, Inc. ("Enovation") has imported an Italian wine, in the same subcategory of wines as STELLA ROSA, labelled BELLA ROSA and intends on offering for sale and selling the BELLA ROSA wine in at least Target stores.  The BELLA ROSA packaging for the "rosso" and "Moscato d'asti" wines prominently displays the mark BELLA ROSA, with the BELLA in black color and the ROSA in red color, a maroon screwcap, a small patterned print in gold, a design embossed on the bottle above the label with the same design on the label above the words BELLA ROSA.

The Plaintiffs have submitted sufficient evidence showing the Defendant has infringed at least San Antonio Winery's trade dress and one or more trademarks at issue. On February 4, 2020, the Plaintiffs filed a Complaint against the Defendant for false designation of origin and trademark and trade dress infringement, among other claims.

2.   Legal Standard

In order for a temporary restraining order or a preliminary injunction to issue, Plaintiffs must establish the following: (1) a substantial likelihood of success on the merits; (2) that irreparable injury will occur if the injunction is not issued; (3) that the threatened injury to the movant outweighs the potential harm to the opposing party; and (4) that entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); see also *Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

3.   Analysis

The declarations the Plaintiffs submitted in support of their Application for Temporary Restraining Order support the following conclusions of law:

A.   The Plaintiffs have a very strong probability of proving at trial that consumers are likely to be confused between STELLA ROSA wine and Defendant Enovation Brands BELLA ROSA wine. The Stella Rosa trademarks (STELLA ROSA and STELLA ROSA and design element) are very strong in view of the large sales and marketing expense.   In addition to using a confusingly similar mark in sight and sound, Defendant Enovation copied the Stella Rosa Trade Dress for a wine in the exact same subcategory of wines, namely low alcohol, sweet or semi-sweet, sparkling, Italian wines. The wines will be sold in the same exact channels of trade to the same consumers.

Defendant Enovation used Bella Rosa and copied the Stella Rosa Trade Dress with an intent to divert sales from San Antonio Winery by confusing the public.

      B.    Merritt Winery has very strong common law trademark rights in the mark Bella Rosa for wine.

      C.    Because of the infringement of Merritt Winery's BELLA ROSA mark and San Antonio Winery's Stella Rosa Trade Dress the Plaintiffs are likely to suffer immediate and irreparable injury if a preliminary injunction is not granted.

      D.    The balance of potential harm to the Defendant in temporarily restraining the sales of its BELLA ROSA products if a preliminary injunction is issued is far outweighed by the potential harm to the Plaintiffs, their reputations, and their goodwill as a manufacturer and distributor of quality wines if such relief is not issued.

      E.    The public interest favors issuance of the preliminary injunction to protect the Plaintiffs' trademark interests and protect the public from being confused by products that are not the same as the Plaintiffs' goods.

4.  <u>Conclusion</u>

For the foregoing reasons, it is ordered and adjudged that pending a trial on the merits the Plaintiffs' Application for a Temporary Restraining Order is hereby granted as follows:

<u>TEMPORARY RESTRAINING ORDER</u>

1.    Defendant Enovation Brands, Inc. and its officers, agents, servants, employees, and other persons who are in active concert or participation, including its affiliates, associates and distributors, are enjoined from:

      A)    Importing, selling, shipping, distributing or offering to sell a wine that infringes the STELLA ROSA trade dress for a low alcohol, sparkling or semi-sparkling, sweet or semi-sweet, Italian wine, under the term BELLA ROSA, where the STELLA ROSA trade dress comprises:

            (i) a maroon colored screwcap,

            (ii) STELLA in black and ROSA in red,

            (iii) "ROSSO" under STELLA ROSA,

            (iv) a design similar to the San Antonio Winery crown (including the design shown in Exhibit D) above STELLA ROSA,

(v) a design similar to the San Antonio Winery crown (including the design shown in Exhibit D) incorporated into the bottle,

(vi) an off-white label, and

(vii) a pattern of small gold similar to that used on the STELLA ROSA Screwcap (including the design on the label shown in Exhibit D).

B)     Importing, selling, shipping, distributing or offering to sell a wine that infringes the STELLA ROSA trade dress for a low alcohol, sparkling or semi-sparkling, sweet or semi-sweet, Italian wine, under the term BELLA ROSA, where the STELLA ROSA trade dress comprises:

(i) a red colored screwcap,

(ii) STELLA in black and ROSA in red,

(iii) has "Moscato D'Asti" under STELLA ROSA,

(iv) has a design similar to the San Antonio crown (including the design shown in Exhibit D) above STELLA ROSA,

(v) has a design similar to the San Antonio crown (including the design shown in Exhibit D) incorporated into the bottle,

(vi) a pattern of small gold similar to that used on the STELLA ROSA Screwcap (including the design on the label shown in Exhibit D), and

(vii) has a white label.

C)     Importing, selling or offering to sell a wine that is:

(i) labeled BELLA ROSA, and

(ii) lacks another prominent mark.

This Order shall remain in full force and effect until fourteen (14) days after issuance of this Order and may be extended by this Court for good cause.


IT IS SO ORDERED.


Dated this _____day of _____2020.


By: _____

Hon. Robert M. Scola
United States District Court Judge

4

Submitted by:

CISLO & THOMAS LLP
12100 Wilshire Blvd., Suite 1700
Los Angeles, CA 90025
Tel.: (310) 979-9190
Jeffrey G. Sheldon
E-mail: jshledon@cislo.com
Katherine M. Bond
E-mail: kbond@cislo.com
*(Pro Hac Vice Motions Filed)*

-and-

By: /s/David C. Isaacson
David C. Isaacson, Esq. (FBN 0081691)
E-mail: david@filawyers.com
FITZGERLAD & ISAACSON, LLP
901 Ponce De Leon Blvd., Suite 202
Miami, FL 33134
Telephone (305) 372-7300
Facsimile: (305) 447-0043

*Attorneys for Plaintiffs,*
SAN ANTONIO WINERY, INC. and
MERRITT ESTATE WINERY, INC.