UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-20515-SCOLA/TORRES

SAN ANTONIO WINERY, INC.,
a California corporation, and Merritt Estate
Winery, Inc, a New York corporation,

        Plaintiffs,

v.

ENOVATION BRANDS, INC., a Florida
corporation,
        Defendant.

**Declaration of Kimberly Deeble**

I, Kimberly Deeble, declare as follows:

1. I am the Southern California District Manager for San Antonio Winery, Inc. ("San Antonio Winery"), the Plaintiff in this matter. I have been in this position since December of 2019 and prior to that I was a sales representative for San Antonio Winery for three and a half years in the Orange County, California territory. I have been in the wine industry for over twenty years. As such, I am personally familiar with the facts set forth below and, if called as a witness and properly sworn, could and would testify to them from my own personal knowledge, except as where stated on information and belief and, as to those facts I believe them to be true. In my position I am knowledgeable about STELLA ROSA, the sales, marketing and distribution of wine and the retail store Target. I make this declaration in support of San Antonio Winery's claims, including its

1

   Expedited Motion for a Temporary Restraining order and order to show cause re. preliminary injunctive relief and expedited discovery.

2. Currently, I am responsible for the Southern California sales region for STELLA ROSA wines, overseeing nine sales representatives who provide support to retailers of STELLA ROSA.

3. There are 64 Target stores in the Southern California region that me and my team are responsible for.

4. Target store number 2151 is located in the District in Tustin, California ("Tustin Target").

5. On Tuesday, February 18, 2020, I received a call from an employee from Tustin Target. The employee was concerned that he had not received the BELLA ROSA wine yet.

6. His voicemail states in pertinent part:

   > …I was just wondering if somebody that is going to be coming to push or to stock the BELLA ROSA section, it has been empty all week and nobody has shown up. We are probably going to fill it by the end of today if nobody comes in…

7. I promptly returned the Target employee's call. He was confused and thought there was some connection between BELLA ROSA and STELLA ROSA and that the two wines were somehow related.

8. There was a STELLA ROSA display in the store, in addition to the STELLA ROSA bottles that were stocked on the shelves. The employee said he would remove the STELLA ROSA display, thinking that we were affiliated with BELLA ROSA.

9. I explained to him that BELLA ROSA and STELLA ROSA were unrelated and that San Antonio Winery has no association or affiliation with BELLA ROSA.

10. He followed up with the call with the text message apologizing for the mix-up and confusion[1].



11. I am grateful that this employee contacted me because if he had continued to believe that the display remained empty due to some false connection and association between BELLA ROSA and STELLA ROSA, our team's business and reputation in the Southern California area would suffer.

I declare under penalty of perjury, under the laws of the United States and under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 23rd day of February 2020, at __LAKE FOREST__, __CA__.

_____

Kimberly Deeble

---

[1] The information in the black boxes was redacted to protect privacy namely, names and phone numbers.