UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-20515-SCOLA

| | |
|---|---|
| SAN ANTONIO WINERY, INC., a California corporation, and Merritt Estate Winery, Inc, a New York corporation,<br><br>Plaintiffs,<br>v.<br><br>ENOVATION BRANDS, INC., a Florida corporation,<br>Defendant. | **Supplemental Declaration of William Merritt** |

I, William Merritt, declare as follows:

1. I am the Founder of Merritt Winery, Inc. ("Merritt Winery"), the Plaintiff in this matter. I submitted a declaration in support of Merritt Winery's claims, including its *ex parte* application for a temporary restraining order and order to show cause re. preliminary injunctive relief and expedited discovery. (Dkt. 11.) I make this supplemental declaration in further support of Plaintiffs' requests for injunctive relief and expedited discovery and to rebut misinformation that was provided to the court.

2. I have reviewed Defendant Enovation Brands, Inc.'s Response in Opposition to Plaintiffs' Expedited Motion for a Temporary Restraining Order ("Opposition to TRO"). (Dkt. 29.)

1

3. In the Opposition to the TRO, Defendant contends Merritt Winery's BELLA ROSA is only sold in the state of New York with limited distribution. The Opposition to TRO states, "…the geographic market of the Merritt's Estate winery "Bella Rosa" wine is limited to North and Western New York state, including, Buffalo, Rochester, Amherst, Orchard Park, Ithaca, Troy and Albany.

4. This statement is inaccurate and false.

5. Not only did I state in my fist declaration that Merritt Winery's BELLA ROSA is sold nationally, a simple internet search would have confirmed this.

6. On the home page of our website merrittestatewinery.com it states our "Tasting Room" hours. We have numerous visitors come to the Merritt Winery Tasting Room and buy BELLA ROSA wine from states including, but not limited to, Pennsylvania, Ohio, Massachusetts and Florida. We also host several international visitors.

7. Merritt Winery has wine subscribers and a wine club with participants from over six states.

8. Our winery has also used various distributors for our wines including BELLA ROSA throughout our forty years including distributors in Florida, Opici Family Distributing, a major wine distributor for the entire East Coast.

9. According to Winesearcher.com Merritt Winery's BELLA ROSA's wine is shipped to both California and Florida as shown below.



10. A review of BELLA ROSA from a consumer in Miranda, Florida can be found online and states, "We're from Florida and a patient of mine gave me a bottle of this to try and we fell in love! It is so delicious, flavorful, and tart. Perfect for us!" and is dated April 29,

3

2019. Provided herewith as Exhibit "O" is a true and correct copy of the review from marketviewliquor.com.

11. Merritt Winery's trademark rights in and to the BELLA ROSA mark are not geographically limited to New York and extend to most, if not all, of the states in the USA.

I declare under penalty of perjury, under the laws of the United States and under the laws of the State of New York that the foregoing is true and correct and that this declaration was executed this 24 day of February 2020, at 2264 King Road, Forestville, N.Y.

_____
William Merritt

# EXHIBIT O[1]

---

[1] (To Plaintiffs' Expedited Motion for Temporary Restraining Order (ECF No. 19))



ACCESSORIES (/CATALOG/ACCESSORIES/)  AWSNTP (/CATALOG/AWSNTP/)  GIFT CERTIFICATES (/GIFT_CERTIFICATE.HTML)  WEEKLY AD (HTTPS://WWW.MARKETVIEWLIQUOR.COM/MM5/MERCHANT.MVC?SCREEN=WEEKLYAD)

Toll Free 888-427-2480 (tel:8884272480)

CONTACT US (/CONTACT.HTML)  WISHLIST (/MYREG.HTML)

Online Hours Monday to Friday 9am to 5pm.

BLOG (HTTPS://WWW.MARKETVIEWLIQUOR.COM/BLOG/)

SELECT LANGUAGE ▼

Search for tasty wines

(HTTPS://WWW.MARKETVIEWLIQUOR.COM/MM5/MERCHANT.MVC?SCREEN=SRCH&FEATURE=MHUNURL=H

(/MM5/MERCHANT.MVC?SCREEN=BASK)

WINES (/CATALOG/WINES/)   SPIRITS (/CATALOG/SPIRITS/)   MIKE'S PICKS (/CATALOG/MIKES-PICKS-WINES/)

🛒 0

GREAT & UNDER $8 (/CATALOG/GREAT-AND-UNDER-8-WINES/)   GIFTS (/GIFT-CENTER.HTML)

TASTINGS (HTTPS://WWW.MARKETVIEWLIQUOR.COM/BLOG/TASTINGS/)   ABOUT US (/ABOUT.HTML)

MY ACCOUNT (/LOGN.HTML)

**In the Rochester Area? - Buy Online and Pick Up In-Store!**

Search for tasty wines

Home (https://www.marketviewliquor.com/)  >  Merritt Winery Bella Rosa Lambrusco



Mouse over image for close-up

# Merritt Winery Bella Rosa Lambrusco (750ml)

2 reviews

New York • 750ml

A sweet full-bodied Lamrusco.

Price:  $9.49

Bottle

Quantity: 1

Add to Cart

Add to Wishlist (/mm5/merchant.mvc?Action=ADPR&Screen=BASK&registry=true&Product_Code=19049&Quantity=1)

In the Rochester NY Area? - Buy Online and Pick Up in Store!

1100 Jefferson Road Rochester, NY 14623

Share 174                    Tweet

Save (https guid=jqvR5C8uvdMA-1&url=http%3A%2F%2Fwww.marketviewliquor.com%2Fproduct%2F.html&media=http%3A%2F%2Fwww.marketviewl

Tell a Friend:

Enter Friend's Email

## Customers Also Bought

(https://www.marketviewliquor.com/mm5/m (https://www.marketviewliquor.com/mm5/m (https://www.marketviewliquor.com/mm5/m (https://www.marketviewliquor.com/mm5/m
Screen=PROD&Product_Code=22199)=PROD&Product_Code=15949)=PROD&Product_Code=29842)=PROD

**Montezuma Fat Frog Red**       **Montezuma Cranberry Bog**       **Wycliff Brut Champagne**       Copper Ri
(https://www.marketviewliquor.com (https://www.marketviewliquor.com (https://www.marketviewliquor.com (https://www.m
Screen=PROD&Product_Code=22199)=PROD&Product_Code=15949)=PROD&Product_Code=29842)=PROD

$10.49                          $12.49                          $5.99                           $

View Product                    View Product                    View Product                    Viev

Reviews | Facebook Comments

Write a review about this product ▶

January 3, 2020 by SHARON C.

Verified Buyer
"Great buy"

"Delicious❣ L❤VE every product Merritt Winery has to offer!"

Verified Buyer
"Great value"

**Delicious, flavorful, and tart**

April 29, 2019 by Miranda (FL, United States)

"We're from Florida and a patient of mine gave me a bottle of this to try and we fell in love! It is so delicious, flavorful, and tart. Perfect for us!"

**Merchant Choice**
Great price

**Product Choice**
Delicious, flavorful, and tart.

High to Low



(http://www.shopperapproved.com/reviews/marketviewliquor.com/)

## Customers Also Viewed



Merritt Winery Bella Rosa (https://www.marketviewliquor.com/merchant2/merchant.mvc?Screen=PROD&Product_Code=30073)
$13.99
View Product



Mogan David Blackberry (https://www.marketviewliquor.com/merchant2/merchant.mvc?Screen=PROD&Product_Code=49289)
$3.99
View Product



Merritt Winery XTC Wine (https://www.marketviewliquor.com/merchant2/merchant.mvc?Screen=PROD&Product_Code=29433)
$27.49
View Product

Lamoreaux
$2
View

(https://www.shopperapproved.com/reviews/marketviewliquor.com/)?url=https://marketviewliquor.com/)

Enter Email Address

Links:

Site Map (/site_map.html)
Complete Wine Catalog (/complete_catalog/wines/)
Complete Spirits Catalog (/complete_catalog/spirits/)
Privacy Policy (/privacy_policy.html)
Shipping and Returns Policy (/shipping_policy.html)
FAQ (/faq.html)
In-Store Pickup (/in-store-pickup.html)
Please Drink Responsibly (/drink_responsibly.html)

Store Hours:

Monday - Saturday: 9am - 9pm
Sunday: 12pm - 6pm
Phone number: 888-427-2480 (tel:8884272480)
1100 Jefferson Road
Rochester, NY 14623



 (https://secure.trust-guard.com/security/9989)  (https://secure.trust-guard.com/privacy/9989)

 (https://secure.trust-guard.com/business/9989) 

(https://www.shopperapproved.com/reviews/marketviewliquor.com/) 

(https://www.bbb.org/us/ny/rochester/profile/liquor-store/marketview-liquor-0041-235991871/#sealclick<https://www.bbb.org/us/ny/rochester/profile/liquor-store/marketview-liquor-0041-235991871/#sealclick>)



© 2006-2020, Marketview Liquor. All rights reserved.